IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES ALCORN, ET AL. | : | |
| | : | |
| vs. | : | CIVIL ACTION NO.  98-5688 |
| | : | |
| SCHERING-PLOUGH CORP. | : | |

**ORDER**

**AND NOW,** this         day of September, 2004, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[]   -   Order staying these proceedings pending disposition of a related action.

[]   -   Order staying these proceedings pending determination of arbitration proceedings.

[]   -   Interlocutory appeal filed

[x]   -   Other: <u>Pending notification by the U.S. Attorney's Office regarding compliance with settlement</u>

it is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
LAWRENCE F. STENGEL , J.

Civ. 13 (8/80)